WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-02686-002-TUC-RM (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Micaela Jolyn Macias, | |
| Defendant. | |

On November 16, 2021, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 71) recommending that this Court find that Defendant Micaela Jolyn Macias violated certain terms of her supervised release. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Macdonald's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in

Magistrate Judge Macdonald's Report and Recommendation, and Defendant has waived her right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 71) is **accepted and adopted in full**.  The Court finds that Defendant Micaela Jolyn Macias violated Mandatory Condition No. 3 and Standard Condition No. 2 of her supervised release, as alleged in the Petition to Revoke Supervised Release (Doc. 54).

**IT IS FURTHER ORDERED** that a Final Disposition Hearing is set for **January 13, 2022 at 10:45 a.m.**, before Judge Rosemary Márquez.  Pursuant to General Order 21-18, Defendant will be appearing by way of video conferencing or telephonically. Counsel should refer to the Court's lobby monitors to check on the location of this hearing.

Dated this 13th day of December, 2021.

_____
Honorable Rosemary Márquez
United States District Judge