**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-02686-002-TUC-RM (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Micaela Jolyn Macias, | |
| Defendant. | |

On July 6, 2022, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 92) recommending that this Court find that Defendant Micaela Jolyn Macias violated certain conditions of her supervised release. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Macdonald's Report and Recommendation and the record. The Court finds no error in Magistrate Judge Macdonald's Report and Recommendation, and Defendant has waived her right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 92) is **accepted and adopted in full**. The Court finds that Defendant Micaela Jolyn Macias violated Standard Condition No. 13 and Special Condition No. 6 of her conditions of supervised release, as alleged in the Superseding Petition to Revoke Supervised Release (Doc. 91).

**IT IS FURTHER ORDERED** that a Final Disposition Hearing is set for **August 31, 2022 at 10:30 a.m.**, before Judge Rosemary Márquez.

Dated this 26th day of July, 2022.

_____
Honorable Rosemary Márquez
United States District Judge